In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-06-492 CV


____________________



JOSEPH DANIEL MOORE, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 58th District Court


Jefferson County, Texas


Trial Cause No. A-177,379






MEMORANDUM OPINION


 On December 21, 2006, we notified the parties that the appeal would be dismissed for
want of prosecution unless arrangements were made for filing the record or the appellant
explained why he needed additional time to file the record. Appellant did not respond. The
appellant did not file an affidavit of indigence and is not entitled to proceed without payment
of costs. Tex. R. App. P. 20.1. There being no satisfactory explanation for the failure to file
the record, the appeal is dismissed for want of prosecution. Tex. R. App. P. 37.3(b). Costs
are assessed against appellant.

 APPEAL DISMISSED. 




 

 ______________________________

 STEVE McKEITHEN

 Chief Justice 



Opinion Delivered February 1, 2007

Before McKeithen, C.J., Kreger and Horton, JJ.